IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01772-WYD-MJW

DELORIS WHITAKER,

Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

Defendant.

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Extend the Discovery Cutoff Date and Dispositive Motion Deadline (Docket No. 31) is granted. Accordingly, the Scheduling Order (Docket No. 23) is amended as follows. The discovery deadline is now March 16, 2016. The dispositive motion deadline is now April 15, 2016. No further extensions of these deadlines will be granted absent extraordinary cause. The court notes that the Scheduling Order was entered over four months ago, and counsel have had more than adequate time to complete their discovery in this case. The Final Pretrial Conference remains set on May 3, 2016, at 9:30 a.m.

Date: January 26, 2016