IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01772-WYD-MJW

DELORIS WHITAKER,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal Without Prejudice (ECF No. 34) is **APPROVED** and this case is **DISMISSED WITHOUT PREJUDICE**, each party to pay her or its own attorney's fees and costs.

Dated:  March 9, 2016.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE